OPINION — AG — ** RETIREMENT FUND — ESTIMATED REVENUE ** THE OKLAHOMA JUDICIAL RETIREMENT FUND (20 O.S. 1103 [20-1103]) NEED NOT BE ESTIMATED AND CERTIFIED BY THE STATE BOARD OF EQUALIZATION IN ACCORDANCE WITH THE DUTIES OF THAT BOARD PRESCRIBED IN ARTICLE X, SECTION 23 (COURTS, OKLAHOMA JUDICIAL RETIREMENT FUND, EQUALIZATION — BOARD) CITE: ARTICLE VII, SECTION 6, 20 O.S. 1108 [20-1108] 20 O.S. 1301 [20-1301], 20 O.S. 1302 [20-1302] 20 O.S. 1304 [20-1304], 20 O.S. 1103 [20-1103] 20 O.S. 1309 [20-1309], 20 O.S. 1308 [20-1308] OPINION NO. 81-268 (FLOYD W. TAYLOR)